NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted January 5, 2015; decided February 17, 2015

Motion for reconsideration of this Court's November 18, 2014 dismissal order denied [see 24 NY3d 1009 (2014)]. Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it. Motion for poor person relief dismissed as academic.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MICHAEL S. BRUMFIELD, Respondent.

Submitted May 27, 2014; decided February 17, 2015

Motion to dismiss appeal denied.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES WASHINGTON, Appellant, v PATRICK GRIFFIN, Superintendent of Sullivan Correctional Facility, et al., Respondents.

Submitted December 29, 2014; decided February 17, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judges STEIN and FAHEY taking no part.